# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

DEVIN CAMERON REAVES

Case Number: 3:19-mj-0032 D
Location Code:
Violation Number:

**JUDGMENT IN CRIMINAL CASE**

Defendant pleaded guilty or no contest, is adjudged guilty and convicted of the following offense(s):

Charge(s) Defendant Convicted of: 36 CFR 2.35(b)(1); 36 CFR 2.35(b)(2); 18 USC 13, PC 21510

Nature of Charge(s) Deliver Controlled Substance Possess Controlled Substance; Possess Switchblade

**ACCORDINGLY, YOU ARE HEREBY SENTENCED TO THE FOLLOWING:**

☒ **PROBATION** for a term of three years. Your conditions of probation are as follows:

1. Your probation is unsupervised.
2. You shall not commit another federal, state, or local crime.
3. You shall notify the court and, if represented by counsel, your counsel of any change of address and contact number; and the following additional checked conditions:

☐ You shall perform _____ hours of community service by _____.

☐ You are hereby committed to the Bureau of Prisons to be imprisoned for a term of _____ months/days beginning immediately or by reporting to the United States Marshal located at 501 I Street, 5th Floor, Sacramento, California, 95814 unless a different reporting time has been reported prior to that date.

☒ You are prohibited from entering federal lands for a period of three years including, but not limited to, lands supervised by the Bureau of Land Management, U.S. Forest Service, U.S. Fish & Wildlife, U.S. Park Service, and the Veteran's Administration.

☒ **PAY** fines in the amount of $1500.00 and special assessments of $30.00 total financial obligation of $1530.00 due no later than December 1, 2019.

☐ **YOU ARE ALSO ORDERED TO APPEAR** for a REVIEW HEARING on _ at _ and ORDERED TO file a Status Report 14 days prior to your scheduled hearing. Please note that failure to appear could result in an arrest warrant being issued against you.

**IT IS FURTHER ORDERED** that financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to late/delinquent charges imposed by the Court if not paid timely. If your conviction also involves a moving violation, an abstract could be placed on your driving record for failure to pay. The check or money order must be made payable to: **"CLERK- U.S.D.C."** and SENT to the following address:

CLERK, UNITED STATES DISTRICT COURT
Eastern District of California- Sacramento
501 I Street, Suite 4-200
Sacramento, CA 95814

Your check or money order **must** indicate **your name and case number** shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts are attached to your case for failure to pay.

Dated: November 19, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE